UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20134-CIV-UNGARO/O'SULLIVAN

ORLANDO CUARTAS and
MIRTA SOTO,
    Plaintiffs,
v.

AMERICAN LIMO & SECURITY
INVESTIGATION SERVICES, INC., a
Florida Corporation, AMERICAN L.
SECURITY CORP. and WILLIAM
RAUL BARISTA, and ALICIA
SANCHEZ-DIAZ, jointly and severally
    Defendants.
_____/

**ORDER**

THIS MATTER comes before the Court on the Plaintiff's Motion to Enforce the Settlement Agreement (DE # 35, 10/4/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to the Plaintiff's Motion to Enforce the Settlement Agreement (DE # 35, 10/4/07) on or before November 6, 2007. The failure to file a response may result in a recommendation that the Plaintiff's Motion to Enforce the Settlement Agreement (DE # 35, 10/4/07) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 23rd day of October, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record